**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Frank Ferrarelli,

Plaintiff,

v.

Federated Fin. Corp. of America,

Defendant.

Case No. 1:07cv685

Judge Michael R. Barrett

**INTERROGATORIES**

(A) Do you find that Defendant negligently failed to conduct a reasonable investigation in violation of the Fair Credit Reporting Act?

(Circle your answer in ink.) YES or NO

____s/______________________
Foreperson

______s/______________________ ______s/______________________

______s/______________________ ______s/______________________

______s/______________________ ______s/______________________

______s/______________________

If the answer of all jurors to Interrogatory (A) is "yes," move to Interrogatory (B).
If the answer of all jurors to Interrogatory (A) is "no," move to Interrogatory (C).

(B) Do you find that Defendant's negligent violation of the Act was the proximate cause of any injury to Plaintiff?

(Circle your answer in ink.) YES or NO

______________________ ______________________

______________________ ______________________

______________________ ______________________

______________________ ______________________

Please proceed to Interrogatory (C).

(C) Do you find that Defendant willfully failed to conduct a reasonable investigation in violation of the Fair Credit Reporting Act?

(Circle your answer in ink.) YES or NO

____s/____________________
Foreperson

____s/____________________ ____s/____________________

____s/____________________ ____s/____________________

____s/____________________ ____s/____________________

____s/____________________

If the answer of all jurors to Interrogatory (C) is "yes," move to Interrogatory (D).

(D) Do you find that Defendant's wilful violation of the Act was the proximate cause of any injury to Plaintiff?

(Circle your answer in ink.) YES or NO

________________________ ________________________

________________________ ________________________

________________________ ________________________

________________________ ________________________

(1) If the answer of all jurors to Interrogatory (B) and/or (D) is "yes," move to Interrogatory (E).

(2) If the answer of all jurors to Interrogatory (A) and (C) is "no,"

(a) do not answer the remaining Interrogatories, and

(b) sign the general verdict for Defendant, and

(c) report to the court that you have completed your deliberations.

(E) What amount do you award Plaintiff for any damages suffered as a result of Defendant's violation of the Act?

$______________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

(1) Sign the general verdict for Plaintiff, and

(2) Report to the court that you have completed your deliberations.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Frank Ferrarelli,

Plaintiff,

v. Case No. 1:07cv685

Federated Fin. Corp. of America, Judge Michael R. Barrett

Defendant.

**VERDICT FOR PLAINTIFF**

We the jury hereby find in favor of Plaintiff, Frank Ferrarelli, and against the Defendant, Federated Financial Corporation of America.

Date: ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Frank Ferrarelli,

Plaintiff,

v. Case No. 1:07cv685

Federated Fin. Corp. of America, Judge Michael R. Barrett

Defendant.

**VERDICT FOR DEFENDANT**

We the jury hereby find in favor of Defendant, Federated Financial Corporation of America, and against Plaintiff, Frank Ferrarelli.

Date: November 2, 2009

_____s/_____________________________
Foreperson

______s/_____________________________ ______s/___________________________

_______s/____________________________ _______s/__________________________

________s/___________________________ ________s/_________________________

_________s/__________________________